## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>THOMPSON, STEPHEN C<br><br>Debtors. | Case No. 14-12865-SAH<br>(Chapter 7) |

## TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW Lyle R. Nelson, Trustee, of the above captioned bankruptcy matter, pursuant to Rule 3011 Fed.R.Bankr.P and reports to the Court Clerk the following are unclaimed distribution that exceed 90 days and should be treated as unclaimed fund.

| **Claimant** | **Amount** |
|---|---|
| Scoggins & Cross, PLLC | $8,817.59 |

Checks made payable to the United States Bankruptcy Court are attached hereto for deposit into unclaimed funds.

Date: May 6, 2021

/s/ Lyle R. Nelson
Lyle R. Nelson (OBA #10914)
211 N. Robinson, Ste. 1300
Oklahoma City, OK 73102
(405) 232-3722
Fax: (405) 232-3746
lyle@lylenelsonlaw.com